UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BLAKE L WARNER,

                Plaintiff,

   v.

OPTI STAFFING COMPANY,

                Defendants.

Case No. C19-6109 BHS

REPORT AND RECOMMENDATION DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Noted for December 20, 2019

This case has been referred to Magistrate Judge Theresa L. Fricke pursuant to 28 U.S.C. § 636(b)(1) and Local Rule MJR 3 and 4. This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis*. Dkt. 1.[1] Because plaintiff's application indicates he has sufficient income with which to pay the $400.00 filing fee, the undersigned recommends that the Court deny the application.

The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. 28 U.S.C. § 1915(a). However, the Court has broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963).

---

[1] Plaintiff has also filed two other complaints naming the same three defendants, Alcoa Electrical Agency, Insight Global, and Opti Staffing Company. *See Warner v. Alcoa Electrical Agency*, C19-cv-1884-RSL (Dkt. 1-1) and *Warner v. Insight Global*, C19-cv-1887-RAJ (Dkt. 1-1). While the allegations in the other complaints are similar, they are specific to the first listed defendant in each case.

REPORT AND RECOMMENDATION DENYING
PLAINTIFF'S APPLICATION TO PROCEED IN FORMA
PAUPERIS - 1

1       By requesting the court to proceed *in forma pauperis*, plaintiff is asking the government to incur the filing fee because he allegedly is unable to afford the costs necessary to proceed with his cause of action.

      Plaintiff indicates that he is receiving ongoing Social Security Disability Insurance Benefits, but does not identify the amount received each month, that his spouse receives a monthly salary slightly exceeding their monthly expenses, and a total of $2,000.000 to $2,800.00 in checking and savings accounts. Dkt 1.

      Because it is reasonable for plaintiff to incur the costs to proceed with this cause of action, the undersigned recommends that the court deny his application to proceed *in forma pauperis*. Accordingly, the undersigned also recommends that the Court order plaintiff to pay the required filing fee **within thirty (30) days** of the Court's order.

      The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Federal Rule of Civil Procedure (FRCP) 72(b); *see also* FRC P 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed set this matter for consideration on **December 20, 2019**, as noted in the caption.

      Dated this 6th day of December, 2019.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION DENYING
PLAINTIFF'S APPLICATION TO PROCEED IN FORMA
PAUPERIS - 2