UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLAKE L. WARNER,

    Plaintiff,

v.

OPTI STAFFING CO., et al.,

    Defendants.

Case No. C19-6109-RSL

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

The Court, having reviewed the Report and Recommendation of Magistrate Judge Theresa L. Fricke, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is DENIED. Plaintiff is directed to pay the $400.00 filing fee within thirty (30) days of this Order.

(3)     The Clerk is directed to send copies of this Order to plaintiff.

DATED this 10th day of March, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING APPLICATION
TO PROCEED IN FORMA PAUPERIS- 1