UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLAKE L. WARNER,<br><br>    Plaintiff,<br><br>    v.<br><br>OPTI STAFFING COMPANY, *et al.*,<br><br>    Defendants. | NO. C19-6109RSL<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND STAYING CASE |

Plaintiff, proceeding *pro se* in this civil matter, filed a motion to proceed *in forma pauperis* ("IFP"). Dkt. # 1. Because it appeared that plaintiff had financial resources allowing for payment of the Court's filing fee, the Honorable Theresa L. Fricke, United States Magistrate Judge, recommended that the IFP application be denied. The Court adopted that recommendation over plaintiff's objection and directed plaintiff to pay the filing fee within thirty days. Within that time period, plaintiff filed a proposed amended complaint and renewed his objections to the IFP determination, noting that his application, as supplemented, had been accepted in another case currently pending before the undersigned.

Considering the original application, the additional information provided, and the grant of IFP status in plaintiff's other case, the Order entered on March 10, 2020, is hereby VACATED

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
AND STAYING CASE  - 1

and plaintiff's application to proceed IFP is GRANTED.

The Court accepts plaintiff's proposed amended complaint (Dkt. # 6) as the operative pleading in this matter. The complaint appears to be identical to the one filed in C19-1884RSL, however. In that case, the Court referred the matter to the Pro Bono Screening Committee for review and recommendation regarding appointment of counsel in accordance with the District's *pro bono* plan. That review should be completed by June 5, 2020. Once the appointment of counsel issue is resolved, the Court will give plaintiff an opportunity to show why the two overlapping cases should not be consolidated into a single litigation. Until that point in time, this matter is STAYED.

Dated this 1st day of May, 2020.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
AND STAYING CASE  - 2