UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLAKE L. WARNER,

        Plaintiff,

  v.

OPTI STAFFING GROUP,

        Defendant.

No. 3:19-cv-6109-RSL

**DEFAULT JUDGMENT**

    This is a civil action for failure to accommodate disability in violation of the Americans with Disabilities Act, 42 U.S.C. § 12112 et seq. and the Washington Law Against Discrimination, RCW 49.60.180.  Plaintiff Blake L. Warner served Defendant Opti Staffing Group ("Opti") via its registered agent in Alaska and at its principal place of business in Oregon.  Dkt. Nos. 13-14.  Opti failed to answer or otherwise respond to Mr. Warner's Second Amended Complaint, and the Court issued an Order of Default against Opti on January 11, 2021.  Dkt. No. 17.  The Court now orders the entry of default judgment.

### **FINDINGS**

    1.    This Court finds that it has subject matter jurisdiction over Mr. Warner's claim for failure to accommodate disability in violation of the Americans with Disabilities Act, 42 U.S.C. § 12112 et seq., pursuant to 28 U.S.C. § 1331.  This Court has supplemental



jurisdiction over Mr. Warner's related state law claims under the Washington Law Against Discrimination, RCW 49.60.180, pursuant to 28 U.S.C. § 1367.

2. This Court also has personal jurisdiction over Opti. Opti has several office locations in Washington, including in Seattle, Tacoma, and Vancouver. Mr. Warner's claims arise out of Opti's decision to "take a rain check" on an interview for a position in Tacoma, Washington after learning that Mr. Warner would need an ASL interpreter. Opti was validly served via its registered agent and at its offices in Oregon. Dkt. Nos. 13-14.

3. It is therefore appropriate to enter a default judgment against Opti.

## JUDGMENT

IT IS SO ORDERED THAT:

1. Judgment is entered against Opti Staffing Group on Counts 1 and 2 of the Second Amended Complaint.

2. Mr. Warner is entitled to a monetary judgment against Opti in the amount of $20,000 to compensate Mr. Warner for emotional distress damages caused by Opti's intentional discrimination in violation of the Americans with Disabilities Act, 42 U.S.C. § 12112 et seq. and the Washington Law Against Discrimination, RCW 49.60.180.

3. Opti is also liable for attorneys' fees and costs in the amount of $5,890.

**IT IS SO ORDERED.**

DATED: February 9th, 2021.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

DEFAULT JUDGMENT
NO. 3:19-cv-6109-RSL – Page 2

Yarmuth LLP
501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800  fax 206.516.3888

1 *Presented by:*

2 **YARMUTH LLP**

3

4 By: *s/Molly A. Terwilliger*
Molly A. Terwilliger, WSBA No. 28449
501 East Pine Street, Suite 201
Seattle, WA 98122
Phone:  206.516.3800
Email: mterwilliger@yarmuth.com

7 *Attorneys for Plaintiff Blake L. Warner*

DEFAULT JUDGMENT
NO. 3:19-cv-6109-RSL – Page 3



501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800   fax 206.516.3888